IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWANDA J. VALENTINE-WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA, NEBRASKA; MATTHEW A. RECH; DARRELLE F. BONAM; ANGELA M. LYDON; MOLLY TALBITZER; HEIDI SCHLOTZHAUER; JUSTIN KNAPP; KEVIN SLIMP; MAKAYLA DANNER; and JANE AND JOHN DOES 1-10,<br><br>Defendants. | NO. 8:24-CV-165<br><br><br>**ORDER DISMISSING DEFENDANTS JANE AND JOHN DOES 1-10** |

On July 2, 2025, the Court dismissed defendants Kevin Slimp and Makayla Danner from plaintiff LaWanda Valentine-Williams's Amended Complaint. Filing 49. The Court also notified Valentine-Williams that absent a motion for extension of time for leave to serve defendants Jane and John Does 1-10 demonstrating good cause and filed within seven days from the date of the Court's Order, her claims against the Jane and John Doe defendants would be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Valentine-Williams has since failed to move for an extension of time for leave to serve defendants Jane and John Does 1-10. Accordingly,

IT IS ORDERED that defendants Jane and John Does 1-10 are dismissed from this action.

1

Dated this 11th day of September, 2025.

                                                        BY THE COURT:

                                                        _____

                                                        Brian C. Buescher
                                                        United States District Judge